# MEMORANDUM DECISIONS.

ABBOTT et al. v. BLOHM et al. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Leon Abbott and others against Charles A. Blohm and another. No opinion. Motion denied. See 66 N. Y. Supp. 838.

ABRAMS et al., Appellants, v. HASS et al., Respondents. (Supreme Court, Appellate Term, January 16, 1901.) Action by Samuel J. Abrams and another against Barnett Hass and another. From a judgment for defendants, plaintiffs appeal. Reversed. S. Cohen, for appellants. M. Greenberg, for respondents.

PER CURIAM. The plaintiffs showed the sale and delivery of 72 dozen vests at $2.80 per dozen, and the acceptance of the goods by the defendants. It does not appear that the defendants ever offered to return the goods, or even that they are now willing to return them unconditionally. No warranty that survived acceptance is alleged or shown, and no counterclaim was established. It seems that upon the evidence presented the plaintiffs should have prevailed. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

ACKER, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Willett H. Acker against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

In re ALBANY TRUST CO. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) In the matter of the application of the Albany Trust Company to be designated as a deposit bank for court funds. No opinion. Motion granted.

ALCOTT, ROSS & SCULLY CO., Appellant, v. THARLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by the Alcott, Ross & Scully Company against Henry J. Tharle and others. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON v. BOUILLON. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Arthur A. Anderson against Margaretha Bouillon. No opinion. Motion granted, with $10 costs.

ANTISDALE, Respondent, v. WILLIAMSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Mary E. Antisdale against Frank Williamson and others. No opinion. Motion to amend the order (55 N. Y. Supp. 1028) heretofore made by this court herein granted, without costs, and order, as amended, filed with the clerk.

APPLEBY, Respondent, v. DORTHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Thomas H. Appleby against John F. Dorthy, impleaded, etc. No opinion. Motion denied, without costs; it appearing that the appellant's time to serve this case and exceptions has not been limited under general rule 32.

In re APPLICATION OF BOARD OF STREET OPENING AND IMPROVEMENT TO ACQUIRE TITLE TO BECK ST., OR EAST 151st ST. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Application by the board of street opening and improvement to acquire title to Beck street, or East 151st street. Appeal from an order denying an application to confirm the report of the commissioners of assessment in such proceeding. Affirmed. John P. Dunn, for appellant city of New York. Barclay E. V. McCarthy, for respondents executors and trustees of estate of John McConville.

McLAUGHLIN, J. The questions presented by this appeal are precisely the same as those raised by the appeal in Re Application of Board of Street Opening and Improvement to Acquire Title to Fox St., or East 150th St., (herewith decided) 67 N. Y. Supp. 57, in so far as that appeal relates to the award to the McConville estate. For the reasons stated in the opinion delivered in that case, the order of the special term here appealed from must be affirmed, with $10 costs and disbursements. All concur.

In re APPOINTMENT OF BOARD OF EXAMINERS. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of the appointment of a board of examiners for the purpose of examining into the operation of chapter 369 of the Laws of 1895, entitled "An act creating a commissioner of jurors," etc. Order fixing compensation and disbursements of the board of examiners filed with the clerk.

BAGNELL et al., Respondents, v. WAHLE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by William H. Bagnell and others against William Wahle and others. H. H. Shook, for appellants. E. Mitchell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BAKER, Respondent, v. PARKS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Ac-

tion by John W. Baker against John H. Parks and others. C. B. Reid, for appellants. J. K. Cheevey, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and answer, on payment of costs in this court and in the court below.

In re BALDWIN. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) In the matter of the real estate of Henry Baldwin, deceased. No opinion. Decree of surrogate's court affirmed, with costs.

BALL, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Lydia M. P. Ball against Sarah Williams and others. No opinion. Motion denied, with $10 costs.

BANK v. MARKOWITZ. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Samuel Bank against Herman Markowitz. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 1125.

BANNAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by George L. Bannan against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. W. J. Townsend, for respondent. No opinion. Judgment and order affirmed, with costs.

BARBER, Respondent, v. BRUNDAGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Carrie G. Barber against J. Smith Brundage and others.
PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 20 days the appellant causes the case herein to be settled, signed, and filed, and the papers on appeal to be printed, filed, and served, and pays the costs of this motion.

BARCLAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George W. Barclay against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. F. Moss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BARNES et al., Respondents, v. HIEBER et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) Action by Frank P. Barnes and Asa W. Davis against John C. Hieber and others. No opinion. Order affirmed, with $10 costs and disbursements.

BAUMANN, Respondent, v. RABE, Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by Albert Baumann against Margaret Rabe, as treasurer, etc. From a judgment for plaintiff, defendant appeals. Affirmed. F. W. Fitzgerald, for appellant. A. P. Wagener, for respondent.

PER CURIAM. The judgment shows that the learned justice construed the by-law in question correctly. Judgment affirmed, with costs.

BENDA, Respondent, v. KEIL et al., Appellants. (City Court of New York, General Term. January 8, 1901.) Action by one Benda against one Keil and others. From a judgment in favor of plaintiff, and from an order denying a motion for a new trial, the defendants appeal. Affirmed. A. E. Schatz, for appellants. Catlin & Nekarda, for respondent.

HASCALL, J. The direct questions as to whether the defendants were guilty of negligence, whether plaintiff contributed by his own fault or carelessness, and the measure of damage were all properly and amply presented by the court below to the jury. The facts are found and fixed by the verdict upon disputed and conflicting averment and evidence; the suggestion of carelessness of a fellow workman, as a defense, is not upheld by the record; and the amount of damage awarded is not, in fact or suggestion, excessive. Judgment and order appealed from to be affirmed, with costs.

BENTLY, Respondent, v. VILLAGE OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Mary L. Bently against the village of Glens Falls. No opinion. Judgment and order affirmed, with costs.

BIRNGRUBER, Respondent, v. TOWN OF EASTCHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Charles Birngruber against the town of Eastchester. No opinion. Motion for leave to appeal to the court of appeals denied. See 66 N. Y. Supp. 278.

BISHOF, Respondent, v. LEAHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by George Bishof against Thomas B. Leahy, impleaded with John Herrel. No opinion. Motion for reargument granted. Cause to be heard on December 10th. See 66 N. Y. Supp. 342.

BISSEL, Appellant, v. WILLIS, Respondent. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Isaac Bissel against Theodore Willis. No opinion. Judgment and order affirmed, with costs.

BLY v. EDISON ELECTRIC CO. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Sarah A. Bly against the Edison Electric Company. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 737.

BOAS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. January 2, 1901.) Action by David Boas against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. H.